FILED '22 08 01 AM09:53 MDGA-MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

__QUADRAY HOBBS__

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

__DOOLEY STATE PRISON__

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

## I. GENERAL INFORMATION

1. Your full name and prison number __QUADRAY HOBBS #1203093__
2. Name and location of prison where you are now confined __WHEELER CORRECTIONAL FACILITY__
3. Sentence you are now serving (how long?) __20yrs serve 7yrs Confinement__
   (a) What were you convicted of? __Aggravated Assult__

   (b) Name and location of court which imposed sentence __CAMDEN COUNTY__
   (c) When was sentence imposed? __Oct 10, 2019__
   (d) Did you appeal your sentence and/or conviction?    Yes ☐   No ☒
   (e) What was the result of your appeal? ____

(f) Approximate date your sentence will be completed **March 15, 2039**

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

 Yes [ ]  No [X]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [X]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [X]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [X]

(f)     If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

Do not have Any

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☒

If your answer is Yes, state the name of the court and docket number as to each case:

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place?

Dooley State Prison

(a) Does this institution have a grievance procedure?     Yes ☒     No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐     No ☒

(2) If Yes, what was the result?

(3) If No, explain why not: Because when you ask the officer's for one they never bring them back.

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

They were present at the time or come up as the incident was taken place.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☐

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Wheeler Correctional Facility
195 Broad Street
P.O. Box 466
Alamo, GA 30411

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

They are all Officers. Lt, Sargent, COII, COI
They are employed by the state.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Dooley State Prison__

WHEN do you allege this incident took place? __There are numerous Dates and times__

WHAT happened? __I was in S2 cell 140 on Oct 2, 2020. While I was sleeping, the officer on shift which was officer Hardwick he is a COII, allowed 2 Inmates to enter my room. The next day one of the inmates showed back up to my cell dorm and showed me video footage on his cell phone of him and the other inmate in my room while I was sleeping. I don't know the names of the Inmates, because I was new at the prison and all the inmates go by nicknames. S2 is the segregation unit and I was on Protective Custody at the time. That's a violation of my rights as an inmate, because anything could have happened to me. Plus, he didn't know if those were the inmates that was trying to hurt me. There is video footage in that Unit.__

__On June 15, 2021 I was in H1 at Dooley State Prison. When store call came another inmate last name Fulch, enter my dorm after the dorm officer COII Brown left the door open. Inmate Fulch snatched my commissary and run back to his Unit which was G2. Two other inmates assulted me resulting in me going to the hospital to be treated for a concussion. This incident took place about 3:30-4:00 p.m in the afternoon. I was treated at Crisp County Medical Center__ ⟶

for the injuries. Nothing ever happened to any of the inmates involve. My right was violated when she allowed another inmate that didn't belong in the housing unit to come into that unit to steal from me.

On Nov 6, 2021 I was assulted by and inmate with a lock outside the chow hall, and Sgt Glover which is a tactical officer stood and watch the whole incident take place. This happen around 6:30 a.m. - 7:30 a.m. on the weekend. The reason I didn't go to medical was I was afraid of what was going to happen to me when they lock that inmate down. If he allowed that to happen anything could have happened to me if that inmate was charged for assulting me. My rights was violated, when the security officer was right there at the time and allowed that inmate to assulted me without trying stop the incident from occuring.

On Dec 11, 2021, while outside on the walk in front of D-building. I was assulted by and inmate resulting in 2 of my teeth being knocked out. COI Williams was the officer on duty. My right was violated, because I was in a dangerous enviorment with no surveillance nor an officer to prevent situtation like that from occuring. He was in another building. You can check my dental record for proof that I lost 2 teeth in this incident.

The store clerk Mrs. Scubbins was taken money every week on store by over charging me on store. The store sheet would have a price on it, but when you got your order they was charging more. That is theft by law and price gouging.

All the incidents that occured that I didn't write a grievance or report the incident it's was hard to get a grievance and the state's investigators has them or knowledge of them. Some of these dates may be wrong, but the state investigators will be able to give you the correct ones

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

_____
_____
_____
_____
_____

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I'm seeking $300,000 in relief for pain and suffering. I also would like for the officers that all these things to happen to be punished accordingly. I would also like Dooley State Prison to be held responsible, for not providing a safe enviorment for me and allowing me to be assulted on numerous occasions.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __22__ day of __July__, 20__22__.

_Quadray Hobbs_
PLAINTIFF

_Elaine BMcVey_