IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUADRAY HOBBS, *Plaintiff*, v. DOOLY STATE PRISON, *et al.*, *Defendants*. | CIVIL ACTION NO. 5:22-cv-00283-TES-CHW |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] to deny Plaintiff's Motion for Judgment on the Pleadings [Doc. 14]. Plaintiff has not filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 17, p. 2]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 17] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Plaintiff's Motion for Judgment on the Pleadings [Doc. 14].

[*signature and date on following page*]

**SO ORDERED**, this 12th day of December, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
