IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| QUADRAY HOBBS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:22-cv-283-TES-CHW |
| | : | |
| DOOLY STATE PRISON, *et al.*, | : | Proceedings under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

## ORDER

Pending before the Court is Plaintiff's motion for Defendant to produce discovery. (Doc. 36). Plaintiff filed this § 1983 action against Defendants alleging claims against several Dooly State Prison officials. After screening of the complaint, Plaintiff's claim against Defendant Glover for failing to intervene was permitted to move forward for factual development. (Docs. 6, 16). Defendant has been served in Plaintiff case but has requested additional time to answer or otherwise file a responsive pleading. (Docs. 29, 32). Defendant has until March 13, 2023, to respond to Plaintiff's complaint. (Doc. 33).

As explained in the Court's screening and discovery order, discovery will not commence until Defendant files an answer or other responsive pleading. (Doc. 6, p. 13-14). Because no answer has been filed, the discovery period in Plaintiff's case has not yet started. Moreover, under the Federal Rules of Civil Procedure and the Court's discovery order, Plaintiff's discovery requests should be presented to the Defendant directly, not

through the Court. Therefore, Plaintiff's motion for Defendant to produce discovery (Doc. 36) is **DISMISSED**.

    **SO ORDERED**, this 3rd day of March, 2023.

                                          s/ Charles H. Weigle
                                          Charles H. Weigle
                                          United States Magistrate Judge