# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>*Plaintiff,*<br><br>v.<br><br>DOOLY STATE PRISON, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:22-cv-00283-TES-CHW |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 51], recommending that the Court grant Defendants' Motion to Dismiss [Doc. 39] and dismiss Plaintiff Quadray Hobbs's Amended Complaint [Doc. 9] for failure to exhaust administrative remedies. Because Plaintiff did not file any objections, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R [Doc. 51], the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss [Doc. 39] and **DISMISSES** Plaintiff Quamell Malik Glover's claims **without prejudice**.

**SO ORDERED**, this 10th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**