IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

QUADRAY HOBBS,     *

      Plaintiff,     *

v.     Case No. 5:22-cv-00283-TES-CHW

    *

DOOLY STATE PRISON, et al., 

    *

      Defendants.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of January, 2024.

                                                                    David W. Bunt, Clerk

                                                                    s/ Shabana Tariq, Deputy Clerk